IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT JOSEPH CHARETTE, JR.,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-819-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant, Michael J. Astrue, Commissioner of Social Security, affirming the defendant's decision denying plaintiff Robert Joseph Charette, Jr.'s application for disability insurance benefits.

_____
Peter Oppeneer, Clerk of Court

6/1/12
_____
Date